# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-02141-VAP (SPx)                Date:  September 26, 2014

Title:     KERRY YOUNG, AN INDIVIDUAL, DBA LA CITY RECORDS, et al. -*v*-
           BROADCAST MUSIC, INC., A NEW YORK CORPORATION, et al.
===============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|                        |                        |
|------------------------|------------------------|
| Marva Dillard          | None Present           |
| Courtroom Deputy       | Court Reporter         |

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

        None                                 None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN
                    CHAMBERS)

     Plaintiffs filed a Complaint against Defendants on December 4, 2013.  At the
time of the filing of the Complaint, Plaintiffs were represented by counsel.  The Court
permitted counsel to withdraw on July 8, 2014, and extended the deadline for
Plaintiffs to serve Defendants to September 8, 2014.  (See Doc. No. 18.)  Plaintiffs,
now proceeding pro se, have attempted to file motions with the Court to extend the
deadline to serve, but each has been rejected by the Clerk for failure to conform to
the Local Rules.  (See Doc. Nos. 18-20.)  The last such attempt was on August 8,
2014.

     To date, no Proof of Service has been filed indicating that Defendants have
been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a
plaintiff must serve summons and complaint on all named defendants within 120

MINUTES FORM 11                              Initials of Deputy Clerk ___md____
CIVIL -- GEN                    Page 1

EDCV 13-02141-VAP (SPx)
KERRY YOUNG, AN INDIVIDUAL, DBA LA CITY RECORDS, et al. v. BROADCAST MUSIC, INC., A NEW YORK CORPORATION, et al.
MINUTE ORDER of September 26, 2014

days of filing.  Accordingly, the Court ORDERS Plaintiffs to show cause, in writing, no later than October 24, 2014, why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**