**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY YOUNG, AN INDIVIDUAL, DBA LA CITY RECORDS; DARRELL YOUNG, AN INDIVIDUAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROADCAST MUSIC, INC., A NEW YORK CORPORATION; CD BABY; ITUNES; TOWER RECORDS; ARTISTDIRECT, INC., A CALIFORNIA CORPORATION; AMAZON.COM; FOLEY, BEZEK, BEHLE & CURTIS, LLP; ROGER N. BEHLE, JR.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 13-02141-VAP (SPx)<br><br>**JUDGMENT** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     Pursuant to the Order filed herewith, IT IS ORDERED
3 AND ADJUDGED that Plaintiff's Complaint is DISMISSED
4 WITHOUT PREJUDICE. The Court orders that such judgment
5 be entered.

8 Dated: December 9, 2014

        *Virginia A. Phillips*
        VIRGINIA A. PHILLIPS
        United States District Judge

2